UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE MJ 08-231 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | DETENTION ORDER |
| JOSE MARTINEZ-MENDOZA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

<u>Offense charged</u>:

    Illegal entry

<u>Date of Detention Hearing</u>:    Initial Appearance May 15, 2008

    The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

    <u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

    (1)    Defendant is reportedly a citizen of Mexico.

DETENTION ORDER                                       15.13
18 U.S.C. § 3142(i)                             Rev. 1/91
PAGE 1

01       (2)    The United States alleges that his presence in this country is illegal. There is an
02 immigration detainer pending against him. The issue of detention in this case is therefore
03 essentially moot, as the defendant would be released to immigration custody if not detained in this
04 case.

05       (3)    Defendant and his counsel offer no opposition to the entry of an order of detention.

06       (4)    Upon advice of counsel, defendant declined to be interviewed by Pretrial Services.
07 Therefore, there is limited information available about him.

08       (5)    There does not appear to be any condition or combination of conditions that will
09 reasonably assure the defendant's appearance at future Court hearings while addressing the danger
10 to other persons or the community.

11 It is therefore ORDERED:

12       (1)    Defendant shall be detained pending trial and committed to the custody of the
13               Attorney General for confinement in a correction facility separate, to the extent
14               practicable, from persons awaiting or serving sentences or being held in custody
15               pending appeal;

16       (2)    Defendant shall be afforded reasonable opportunity for private consultation with
17               counsel;

18       (3)    On order of a court of the United States or on request of an attorney for the
19               Government, the person in charge of the corrections facility in which defendant is
20               confined shall deliver the defendant to a United States Marshal for the purpose of
21               an appearance in connection with a court proceeding; and

22       (4)    The clerk shall direct copies of this Order to counsel for the United States, to

DETENTION ORDER       15.13
18 U.S.C. § 3142(i)       Rev. 1/91
PAGE 2

01       counsel for the defendant, to the United States Marshal, and to the United States

02       Pretrial Services Officer.

03   DATED this 15th day of May, 2008.

         _____
         Mary Alice Theiler
         United States Magistrate Judge

DETENTION ORDER                                                            15.13
18 U.S.C. § 3142(i)                                                    Rev. 1/91
PAGE 3